## PENNINGTON v. STATE.
### No. 20220.

Court of Criminal Appeals of Texas.
March 1, 1939.

Eugene F. Mathis, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is possession of intoxicating liquor for purposes of sale in a dry area, the punishment assessed being a fine of $150.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in proper form.

The judgment is affirmed.